UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RONALD PATE,

   Plaintiff,

-vs-                                                        CASE NO.:  3:17-CV-87-CRS

CREDIT ONE BANK, N.A.,

   Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Ronald Pate, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Christy A. Ames, Esquire, Katrina L. Miller, Esquire, and Jeffrey S. Moad, Stites & Harbison, PLLC, 400 West Market Street, Suite 1800, Louisville, KY 40202-3352; cames@stites.com; kmiller@stites.com; and jmoad@stites.com.

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
mbradford@forthepeople.com
Counsel for Plaintiff